```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      WESTERN DIVISION
```

MARY LOUISE SMITH
CLIFFORD SMITH                                           PLAINTIFFS

VS.                                    CIVIL ACTION NO.  5:10cv107DCB-RHW

R.J. JARVIS                                                DEFENDANT

<u>ORDER</u>

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge Robert H. Walker be, and the same is hereby, adopted as the finding of this Court, and the same entire case should be dismissed with prejudice.

A separate judgment will be entered herein in accordance with the Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the <u> 10th  </u> day of February, 2012.

```
                              s/ David Bramlette
                          UNITED STATES DISTRICT JUDGE
```